UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | CRIM. No. 07-mj-00585-03(AK) |
| : | |
| **ISABEL CESAR** : | |
| **T/N CESAR ISABEL,** : | |
| **Defendant** : | |

## ORDER

Upon consideration of the defendant's Motion To Dismiss, and the entire record in this case, it is hereby

**ORDERED** that the complaint against the defendant be **DISMISSED**; and it is further

**ORDERED** that the Department of Corrections shall immediately release the defendant from custody.

_____
Magistrate Judge
United States District Court for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIM. No. 07-mj-00585-03(AK) |
| : | |
| ISABEL CESAR : | |
| T/N CESAR ISABEL, : | |
| Defendant : | |

## ORDER

Upon consideration of the defendant's Motion To Dismiss, and the entire record in this case, it is hereby

**ORDERED** that the complaint against the defendant be **DISMISSED**; and it is further

**ORDERED** that the Department of Corrections shall immediately release the defendant from custody.

_____
Magistrate Judge
United States District Court for the District of Columbia