UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 07-0585M-01 (CR) |
| | : | MAGISTRATE NO. 07-0585M-02 (CR) |
| **FRANCISCO ALBERT MARTE,** | : | MAGISTRATE NO. 07-0585M-03 (CR) |
| **MANUEL DEJESUS CARPIO,** | : | |
| **also known as Santos Rodriugez Ismael,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **CESAR ISABEL,** | : | and §841(b)(1)(B)(ii) |
| **Defendants.** | : | (Unlawful Possession With Intent to Distribute |
| | : | 500 Grams or More of Cocaine); |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |

## **I N D I C T M E N T**

The Grand Jury charges that:

### **COUNT ONE**

On or about November 29, 2007, within the District of Columbia, **FRANCISCO ALBERT MARTE, MANUEL DEJESUS CARPIO, also known as Santos Rodriguez Ismael, and CESAR ISABEL**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

(**Unlawful Possession With Intent to Distribute of 500 Grams or More of Cocaine and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii) and Title 18, United States Code, Section 2)

A TRUE BILL:


FOREPERSON.

Attorney of the United States in
and for the District of Columbia.