UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : CRIM. No. 07-352-03(JDB) |
| | : |
| | : |
| CESAR ISABEL, | : |
|       Defendant | : |

**MOTION TO DISMISS INDICTMENT**

The defendant, through undersigned counsel, hereby moves to dismiss the indictment pending against him, and to be immediately released from custody, as the Government failed to file the indictment within 30 days as mandated by the Speedy Trial Act, 18 U.S. C. Sect. 3161 (b). In support of this motion, the defendant states the following:

    1. The defendant was arrested on November 20, 2007; on November 21, 2007 he was presented on a criminal complaint that charged him with a violation of 21 U. S.C. Sect. 841(a)(1), Unlawful Possession with the Intent to Distribute Cocaine. On November 27, 2007, after a combined preliminary and detention hearing, the government's motion for pretrial detention was granted. As such, the defendant has been in custody since his arrest.

    2. The Speedy Trial Act mandates that an indictment be filed within 30 days of arrest. 18 U.S.C. Sect. 3161 (b). The Government has failed to meet this time limit, as the indictment, alleging a violation of 21 U. S. C. 21 841 (a) (1) and (b)(1) (B)(iii) was not entered until December 27, 2007. (The defendant had previously filed a Motion to Dismiss the case, 07-585M-03, on December 21, 2007. Magistrate Judge Facciola

thereafter ordered the government to show cause why the motion to dismiss should not be granted. However, on December 26, 2007, the Magistrate Judge vacated that order, noting that he lacked jurisdiction upon the indictment of the defendant.)

  **WHEREFORE**, the defendant moves that his motion be granted, that the indictment against him be dismissed, and that he be immediately released from custody.

            Respectfully submitted,

            _____
            Mitchell M. Seltzer
            Bar #261933
            Counsel for Cesar Isabel
            717 D Street, N.W. #310
            Washington, D.C. 20004
            (202) 347-2333

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing Motion to Dismiss Indictment has been served electronically upon the United States Attorney's Office, and upon codefendant counsel of record, this ___24th___ day of January 2008.

                   _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | |
| : | CRIM.  No. 07-352-03(JDB) |
| : | (Mag. No. 07-585M-03) |
| **ISABEL CESAR** : | |
| **T/N CESAR ISABEL,** : | |
| **Defendant** : | |

**ORDER**

Upon consideration of the defendant's Motion To Dismiss Indictment, and the entire record in this case, it is hereby

**ORDERED** that the indictment against the defendant be **DISMISSED**; and it is further

**ORDERED** that the Department of Corrections shall immediately release the defendant from custody.

_____
**JOHN D. BATES, Judge**
United States District Court for the District
of Columbia