UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CESAR ISABEL,<br><br>Defendant. | Criminal No. 07-352 (JDB)<br><br>**FILED**<br>FEB 1 1 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Currently pending before the Court is defendant Isabel's motion to dismiss the indictment, which the other defendants have joined. Although the motion is fully briefed, the record does not permit the Court to resolve the motion at this time. Defendants contend that the indictment was not filed within 30 days of their arrests on November 20, 2007. The government contends, in response, that the indictment was returned on December 20, 2007, within the statutory time-frame required under the Speedy Trial Act, 18 U.S.C. § 3161(b) but through clerical error was not docketed by the Clerk's Office of this Court until December 26, 2007. However, the return date asserted by the government is not supported by anything in the record other than a date stamp of December 20, 2007 in the margin of the indictment, which is different from the docket entry date of December 26, 2007. And the indictment itself is undated as to its return. Moreover, the statutory term is "filed," not returned. Hence, the current record does not necessarily resolve the factual issue on which this Court's resolution of the motion depends.

Accordingly, it is this 11th day of February, 2008, **ORDERED** that the government shall, by not later than February 14, 2008, by affidavit confirm when the indictment in this case was filed within the meaning of 18 U.S.C. § 3161(b).

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge