UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | CRIM. No. 07-352-03(JDB) |
| : | |
| : | |
| CESAR ISABEL, : | |
|         Defendant : | |

**MOTION TO EXTEND TIME TO REPLY TO GOVERNMENT'S OMNIBUS
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS INDICTMENT**

The defendant, through undersigned counsel, hereby requests an additional 48 hours to reply to the Government's Omnibus Opposition to Defendants' Motion to Dismiss Indictment. In support of this motion, the defendant states the following:

1. The court previously ordered the Government to file an affidavit in support of its position that the indictment in this case was timely filed, with defense replies due February 19, 2008.  The Government filed an Omnibus Opposition in lieu of an affidavit on February 14, 2008.

2. The defendant has been in trial in a sexual assault case in the Superior Court for the District of Columbia, in which evidence and argument concluded today.  Counsel will be returning for additional proceedings in the case tomorrow.  As a result, counsel has lacked sufficient time to respond to the Government's Omnibus Opposition.

3.  Counsel is confident that he will be able to complete Defendant Isabel's reply by February 21, 2008.

4.  Counsel has informed A.U.S.A. Rhonda Campbell of this request for an extension of time by leaving a voice message on her office telephone. Counsel has not yet

heard back from Ms. Campbell as to whether or not the Government consents to the granting of this motion. The Government is unlikely to be prejudiced by the granting of this request for an extension of time.

**WHEREFORE**, the defendant moves that his motion be granted, and that he be granted an extension of time until February 21, 2008 to file a reply to the Government's Omnibus Opposition.

Respectfully submitted,

_____
Mitchell M. Seltzer
Bar #261933
Counsel for Cesar Isabel
717 D Street, N.W. #310
Washington, D.C. 20004
(202) 347-2333

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Extend Time to File Reply has been served electronically upon the United States Attorney's Office, and upon codefendant counsel of record, this ___19th___ day of February 2008.

_____

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIM. No. 07-352-03(JDB) |
| : | |
| : | |
| CESAR ISABEL, : | |
| Defendant : | |

## ORDER

Upon consideration of the defendant's Motion To Extend Time To Reply To Government's Omnibus Opposition and the entire record in this case, it is hereby

**ORDERED** that the defendant's motion is **GRANTED;** and it is further

**ORDERED** that the defendant shall file his reply to the Government's Omnibus Opposition by the 21st day of February 2008.

_____
**JOHN D. BATES, Judge**
United States District Court for the District of Columbia