**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | **CRIM.  No. 07-352-03(JDB)** |
| | : | |
| | : | |
| **CESAR ISABEL,** | : | |
| **Defendant** | : | |

**MOTION TO FOR EXTENSION OF TIME TO FILE MOTIONS**

The defendant, through undersigned counsel, hereby moves to extend the deadline for the filing of pretrial motions for an additional three days.  In support of this motion, the defendant states the following:

1. At the last status hearing on February 27, 2008, the Court set March 17, 2008 as the deadline for the filing of pretrial motions.

2. The defense is engaged in an ongoing investigation of the allegations against Mr. Isabel, which may impact on the substance of certain pretrial motions that the defense is considering filing.  Defense counsel has also been delayed by appearances and preparation in other unrelated criminal cases.

3.   The defense expects to be able to file appropriate pretrial motions within an additional three days.

4. Counsel has advised the government of the filing of this motion but has not yet received its reply. The granting of this extension will not prejudice the government, as oppositions to pretrial motions are not due until April 7, 2008.

**WHEREFORE**, the defendant moves that his motion be granted, and that the pretrial motions filing deadline be extended for three calendar days.

*1*

Respectfully submitted,

_____
Mitchell M. Seltzer
Bar #261933
Counsel for Cesar Isabel
717 D Street, N.W.  #310
Washington, D.C. 20004
(202) 347-2333

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served electronically upon the United States Attorney's Office, and upon codefendant counsel of record, this ___17th___ day of March 2008.

_____

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : |
| | :     **CRIM.  No. 07-352-03(JDB)** |
| | : |
| | : |
| **CESAR ISABEL,** | : |
|        **Defendant** | : |

## ORDER

Upon consideration of the defendant's Motion For Extension of Time to File

Pretrial Motions, and the entire record in this case, it is hereby

**ORDERED** that the Motion is  **GRANTED**; and it is further

**ORDERED** that pretrial motions shall be filed by March 20, 2008.

_____
**JOHN D. BATES, Judge**
United States District Court for the District
of Columbia