UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | CRIM. No. 07-352-03 (JDB) |
| : | |
| : | |
| CESAR ISABEL, : | |
| Defendant : | |

**DEFENDANT'S REQUEST FOR NOTICE OF GOVERNMENT'S
INTENTION TO USE RULE 404(b) EVIDENCE AT TRIAL**

The defendant, through undersigned counsel, respectfully moves this Court, pursuant to Rules 104(a), 404 and 404(b) of the Federal Rules of Evidence, to order the Government to provide notice of its intention to use at trial (either in its case in chief or in rebuttal) any evidence which the Government contends is admissible under Rule 404(b) of the Federal Rules of Evidence. The defendant also requests that the Court order the Government to specify the time, date, place, specific conduct, and names of witnesses in front of whom such specific conduct took place.

In support of this motion, the defendant states the following:

1. The defendant Cesar Isabel, along with codefendants Francisco Albert Marte and Manuel Dejusus Carpio, is charged in a single count indictment with Unlawful Possession With Intent to Distribute 500 grams or more of cocaine, 21 U.S.C. Sect. 841 (a) (1) and (b) (1) (B). The government alleges that a Confidential Informant (C.I. #1), after arranging during unrecorded and unmonitored telephone contacts with Mr. Isabel to meet a subject who would sell him cocaine, then traveled with Mr. Isabel to a location where the codefendants would sell a quantity of cocaine to the CI. Subsequently the codefendants arrived in their own vehicle, and then entered into a police undercover vehicle operated by C.I. #2. At the direction of C.I. #2, codefendant Carpio then reached

into his own vehicle and retrieved a red bag that contained a kilogram of cocaine. He handed the bag to codefendant Marte who in turn gave it to C.I. #2. According to the police, Mr. Isabel also entered the vehicle but did not directly participate in the transaction. An undercover police team then approached the U.C. vehicle and the defendants left the scene. All three defendants were stopped, searched and arrested, and identified by undercover police officers that had allegedly observed but did not videotape or otherwise record the transaction. There were no drugs, weapons, money or other contraband seized from Mr. Isabel. A small quantity of cocaine was seized from Mr. Marte.

     2.     Should any such Rule 404(b) evidence exist, the introduction of any such evidence and/or any similar evidence as of yet unknown to defense counsel would be extremely prejudicial to the defendant. Due process of law imposes an obligation on the Government to disclose well in advance of trial its intention to use Rule 404(b) evidence and the exact nature of such evidence. Moreover, under Federal Rule of Evidence 104(b), the Court shall determine preliminary questions regarding the admissibility of evidence. If the Court is aware that the Government seeks to introduce Rule 404(b) evidence, the admissibility issue should be litigated prior to the commencement of trial, thus expediting the trial while allowing for careful scrutiny by the Court.

     3.     Additionally, such disclosure will allow the defense an opportunity to meet the similar acts evidence on the merits and prevent prejudicial surprise.

     **WHEREFORE**, the defendant respectfully requests that the Court order the Government to provide advance notice of the time, date, place, specific conduct, and witnesses to such conduct that the Government believes is admissible pursuant to Rule 404(b).

        Respectfully submitted,

        _____
        Mitchell M. Seltzer
        Counsel for Mr. Isabel
        717 D Street, NW, #310
        Washington, D.C. 20004
        (202) 347-2333

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion For Notice of 404(b) Evidence has been served electronically upon AUSA Rhonda Campbell and upon each codefendant's counsel of record, this ____31st____ day of March 2008.

        _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : CRIM. No. 07-352-03 (JDB) |
| | : |
| | : |
| CESAR ISABEL, | : |
| Defendant | : |

**ORDER**

Upon consideration of the defendant's Motion for Notice of Government's Intention to Introduce Rule 404(b) Evidence, any opposition thereto and the entire record in this case, it is hereby this _____ day of _____, 2008,

**ORDERED**: That the Government shall provide notice of the date, time, place, specific conduct and witnesses to any such conduct which the government believes is admissible pursuant to Rule 404(b), to defense counsel by _____, 2008.

_____
**JOHN D. BATES, JUDGE**
United States District Court
For the District of Columbia

*1*