UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **Criminal No. 07-352 (JDB)** |
| : | |
| v. : | |
| : | |
| **MANUEL CARPIO,** : | |
| **CESAR ISABEL, and** : | |
| **FRANCISCO MARTE,** : | |
| : | |
| **Defendants.** : | |

**MOTION TO LEAVE TO LATE FILE GOVERNMENT'S OMNIBUS RESPONSE TO
DEFENDANT'S PRE-TRIAL MOTIONS**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests permission to late file its omnibus response to defendant's pre-trial motions. As grounds for this request, the United States provides the following:

1. The undersigned Assistant U.S. Attorney (Assistant) received several pretrial motions from the defendants after this Court's March 17, 2008, deadline.[1]

2. Although many of the issues raised in the defendant's pre-trial motions are similar, defendant Isabel's April 2, 2008, filing raises different issues, which must be addressed.

3. In the undersigned counsel's effort to efficiently address the pre-trial motions in one omnibus response, and having just received several additional motions, undersigned counsel respectfully requests more time to respond to the defendant's motions.

4. Undersigned counsel has spoken to defense counsel for each defendant, and they have no objection to this motion.

---

[1] The undersigned Assistant was informed of, and did not oppose the defendant's motion for an extension of time to file their affirmative motions.

Wherefore, the United States respectfully requests that its motion herein be granted.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY


    _____/s/_____
    RHONDA L. CAMPBELL
    ASSISTANT UNITED STATES ATTORNEY
    D.C. Bar # 462402
    555 4th Street, N.W., Room 4239
    Washington, DC 20530
    (202) 514-9519
    rhonda.campbell@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 07-352 (JDB) |
| : | |
| v. : | |
| : | |
| MANUEL CARPIO, : | |
| CESAR ISABEL, and : | |
| FRANCISCO MARTE, : | |
| : | |
| Defendants. : | |

### ORDER

_____Upon consideration of Government's Consent Motion to Late File the Government's Response to Defendant's Pre-trial Motions, it is hereby this 7th day of April, 2008,

ORDERED, that Government's Motion is GRANTED, and it is further

ORDERED, that Government's Omnibus Response shall be filed no later than April 14, 2008.

JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE